■ MORTON HOLLIDAY, Appellant, v EVA HOLLIDAY, Respondent.—Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about September 23, 1987, unanimously affirmed, without costs and without disbursements. Defendant-respondent's motion to strike appellant's reply brief is denied. No opinion. Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL GREY, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on December 9, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on April 24, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Asch, Milonas and Kassal, JJ.